**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAMERON DOYLE CHURCH,<br><br>                            Plaintiff,<br>v.<br><br>BARRY BESLOW, et al.,<br><br>                            Defendants. | 3:24-cv-00579-ART-CSD<br><br>**ORDER** |

On December 16, 2024, Plaintiff filed a motion for leave to proceed in forma pauperis ("IFP") and a pro se complaint. (ECF Nos. 1, 1-1.) On January 6, 2025, Plaintiff filed an Amended Complaint and paid the $405 filing fee. (ECF Nos. 5, 6.) Therefore, Plaintiff's motion for leave to proceed in forma pauperis ("IFP") (ECF No. 1) is **DENIED** as moot.

Pursuant to Federal Rule of Civil Procedure 4, "[o]n or after filing the complaint, the plaintiff may present a summons to the clerk for signature and seal" for the Clerk to sign, seal and issue to the Plaintiff for service (along with the amended complaint) on the Defendants. Fed. R. Civ. P. 4(b), 4(c)(1). Plaintiff is responsible for having the Defendants served with the summons and amended complaint on or before **April 7, 2025**. Fed. R. Civ. P. 4(c)(1), 4(m).

**IT IS SO ORDERED.**

DATED: January 8, 2025.

_____
Craig S. Denney
United States Magistrate Judge